IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FENGWEI SHU,<br><br>               Plaintiff,<br><br>       v.<br><br>GRAND DI AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>               Defendants. | Civil Action No. 2:24-cv-01643-CB<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

In accordance with the Court's Order dated January 31, 2025 (ECF No. 31), the Parties in Shu v. Di et al submit the following Joint Status Report, which summarizes the status of the parties' discussions regarding a potential resolution to the case.

On February 5, 2025, Plaintiff's Counsel engaged in a discussion with Defendant Dreamfun's Counsel. Plaintiff extended a settlement offer to Defendant Dreamfun, which is currently under consideration.

On February 5, 2025, Plaintiff's Counsel also held a discussion with Counsel for Defendants Ahern Li, Alvin Luo, Anroop, Antique Guyue, Belicious Helper, BESTOYARD, Carter Zhang, Covenant of Nauru, dianzi xingyuan, Feliciou, Feperig, gansh, GentleFang, Grand Di, hanyim electronic, Herlloy, hongheyi, Ibuywill 0, Jagogh Yson, JIEYIZEN, Joan Yue, Lanege, Liguanbao, Liunmiao, maggie Song, Merkowski, Mingsyu, minlixin, MLINS, Nasiratoon, Qiysamall, R.Homing, Rushijin, Sanlugu, Shannoy, ShanXiPengXiao, Star Aier, The taste of cooking, Theo Lian, Ulthilift, Uwitstar, Veronic, WChiho Q, Weiweiguan, and Yjiayi.

Plaintiff expressed its willingness to conduct mediation, but the Defendants have yet to make a decision on this matter.

On February 5, 2025, Plaintiff made settlement offers to the following Defendants: Lanege, Gansh, Anroop, Ahern Li, WChiho, Carter Zhang, Belicious Helper, GentleFang, Covenant of Nauru, Qiysamall, Mingsyu, Shannoy, MLINS, Ulthilift, Weiweiguan, hongheyi, and minlixin. The offers are currently under consideration.

DATED February 5, 2025                                  Respectfully submitted,

                                                          By:    /s/Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*

/s/Adam E. Urbanczyk
AU LLC
444 W Lake St 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
Pro Hac Vice
(DC) 1005729